IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEE KNOWLIN,

     Plaintiff,

v.

DEWAYNE GRAY, ANGELA ALT,
JAMES PARISI, MARTHA STACKER and
MOLLY SULLIVAN OLSON,

     Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-926-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for failure to state a claim upon which relief may be granted.

_Peter Oppeneer_        2/14/13

Peter Oppeneer, Clerk of Court      Date